Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Deputy General Counsel for Intellectual Property Law and Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

NEWMAN, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Edward P. Dutkiewicz, Edward P. Dutkiewicz, P.A., of Dade City, FL, argued for plaintiffs-appellants.

Jeffrey K. Joyner, Greenberg Traurig LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief was Jeffrey F. Yee.

NEWMAN, REYNA, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Wayne SPENCER, and March 5 Leasing, Inc., Plaintiffs–Appellants,**

v.

**TACO BELL, CORP., and Taco Bell Foundation, Inc., Defendants–Appellees.**

No. 2014–1097.

United States Court of Appeals, Federal Circuit.

May 16, 2014.

**Richard A. WILLIAMSON, on behalf of and as trustee for At Home Bondholders' Liquidating Trust, Plaintiff–Appellant,**

v.

**AT & T OPERATIONS, INC. and AT & T Services, Inc., Defendants–Appellees.**

No. 2014–1023.

United States Court of Appeals, Federal Circuit.

May 20, 2014.

William C. Norvell, Jr., Attorney, Beirne Maynard & Parsons, LLP, Houston, TX, for Plaintiff-Appellant.